**Order entered January 12, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01454-CV
No. 05-16-01455-CV

**IN RE SENRICK WILKERSON, Relator**

**Original Proceeding from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-01183-J and F10-01184-J**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's December 13, 2016 petition for writ of mandamus.

/s/      ELIZABETH LANG-MIERS
         JUSTICE